Ara Sahelian, Esq., SBN, [CBN 169257]
SAHELIAN LAW OFFICES
23046 Ave de la Carlota, Ste 600
Laguna Hills, CA 92653
Direct : 949 859 9200
Fax : 949 954 8333
email : sahelianlaw@me.com
Attorneys for Bhupinder S. Mac; Apro, LLC, a Delaware Limited Liability Company

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division - Los Angeles)**

| | |
|---|---|
| Brian Whitaker<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>Bhupinder S. Mac; Apro, LLC, a Delaware Limited Liability Company<br><br>　　　　Defendants.<br><br>. | CASE NO.: 2:19-cv-03002-ODW-E<br>THE HONORABLE Otis D. Wright, II<br><br>**NOTICE OF MOTION TO DISMISS FRCP 12(b)(1)**<br><br>Complaint filed: 4/18/19<br><br>Date: July 8, 2019<br>Time: 1:30PM |

NOTICE OF  MOTION TO DISMISS FRCP 12(b)(1) - Page 1 -

**1**  **NOTICE OF MOTION TO DISMISS FRCP 12(b)(1)**

**2**  TO THIS COURT AND ALL ATTORNEYS OF RECORD:

**3**  PLEASE TAKE NOTE that on the Date and Time stated in the caption, or as soon thereafter as the matter may be heard, Defendants will and hereby move the Court for dismissal of the action under FRCP 12(b)(1).

**Compliance with Local Rule 7-3:** the parties met and conferred on May 22, 2019, and thereafter, regarding issues salient to a motion to Dismiss under Rule 12(b)(1).

This Motion is further made upon this notice of application, upon the supporting declaration of attorney Ara Sahelian, Esq., the memorandum of points and authorities, the pleadings, files and records in this action, and on other such oral and documentary evidence as may be present at the hearing on this application in the above-titled action.

Note: this Motion is filed in compliance with the Court's Minute Order dated June 4, 2019 (attached).

Friday, June 7, 2019



Ara Sahelian, Esq.
Attorney for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

| | | | |
|---|---|---|---|
| Case No. | CV 19-03002-ODW(E) | Date | June 4, 2019 |
| Title | Brian Whitaker v. Bhupinder S. Mac et al | | |

Present: The Honorable   OTIS D WRIGHT II, U.S. DISTRICT JUDGE

| Sheila English | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| NO APPEARANCE | | NO APPEARANCE |

Proceedings:

MINUTE ORDER (IN CHAMBERS)
ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than **June 7, 2019** why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

●**Plaintiff's request for entry of default** as to the <u>**defendant**</u>-Apro, LLC . In the event both documents are filed before the above date, the answer will take precedence.

●**Answer by the defendant(s)**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15,<u> no oral argument</u> on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

|   |   : | N/A |
|---|---|---|
|   | Initials of Preparer | SE |