Ara Sahelian, Esq., SBN, [CBN 169257]
SAHELIAN LAW OFFICES
23046 Ave de la Carlota, Ste 600
Laguna Hills, CA 92653
Direct : 949 859 9200
Fax : 949 954 8333
email : sahelianlaw@me.com

Attorneys for Bhupinder S. Mac; Apro, LLC, a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

| | |
|---|---|
| Brian Whitaker<br><br>Plaintiff,<br><br>vs.<br><br>Bhupinder S. Mac; Apro, LLC, a Delaware Limited Liability Company<br><br>Defendants. | CASE NO.: 2:19-cv-03002-ODW-E<br><br>THE HONORABLE Otis D. Wright, II<br><br>**DECLARATION OF ARA SAHELIAN, ESQ.  MOTION TO DISMISS FRCP 12 (b)(1)**<br><br>Complaint filed: 4/18/19<br><br>Date: July 8, 2019<br>Time: 1:30PM |

**DECLARATION OF ARA SAHELIAN, ESQ. IN SUPPORT OF MOTION TO DISMISS FRCP 12(b)(1)  - Page 1 -**

# DECLARATION OF ARA SAHELIAN, ESQ.
# MOTION TO DISMISS FRCP 12(b)(1)

I, Ara Sahelian, Esq., hereby declare and state as follows:

1. I am an attorney licensed to practice law before all the Courts of the State of California. I personally know the facts stated herein. If called upon to testify, I could and would competently testify to those facts and related facts that I rely upon to establish personal knowledge of the substantive facts asserted below:

1. **Compliance with Local Rule 7-3:** I met and conferred with counsel for Plaintiff on May 22, 2019, and thereafter, regarding issues salient to a motion to Dismiss under Rule 12(b)(1). (Exhibit A are true and correct copies of correspondence).

2. I represent defendants Bhupinder S. Mac; Apro, LLC, a Delaware Limited Liability Company in the within action.

3. I, or anyone on my staff, do not recall receiving a courtesy call, or a courtesy email, warning us that a default would be entered in this case. My office received the request for entry of default, near the close of business on Friday, June 7, via US Mail. We checked the docket and realized that we were late in filing a responsive pleading for one of our clients. I had, by error, calendared June 13 (the deadline relating to one of the defendants) as the deadline for both defendants.

4. Counsel for the Plaintiff was well aware that we were meeting and conference relative to a Motion to Dismiss for weeks. A courtesy call or email would have been appreciated. Because I had not registered as counsel

of record in this case, the Court's order did not reach me via email. I discovered it today.

5. Excerpts of the deposition testimony noted in the Memorandum are true and correct quotes from depositions I have taken. The transcripts, which I will submit, will include the court reporter's declarations.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct, and that this declaration was signed by my hand this Friday, June 7, 2019, at Laguna Hills, California.

_____
ARA SAHELIAN, ESQ.

**DECLARATION OF ARA SAHELIAN, ESQ. IN SUPPORT OF MOTION TO DISMISS FRCP 12(b)(1) - Page 3 -**